Eugene B. Chittock, SBN 214532
LAW OFFICES OF EUGENE B. CHITTOCK
100 South Lassen Street
Susanville, CA 96130
Telephone:  (530) 257-9351
Facsimile: (530) 257-9359

Attorney for Plaintiff BRANDEN BERNHARDT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDEN BERNHARDT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS BOSSON, et al.,<br><br>Defendants. | Case No.:  2:13-CV-02259-MCE-CMK<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>**Hon. Morrison C. England** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties,

through their designated counsel, that the above-entitled action, in its entirety (including

all complaints and claims, and as to all defendants), be and hereby is dismissed without

prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each

party shall bear his or its own respective costs and expenses, including attorneys' fees,

incurred in connection with this action.

STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS PURSUANT TO F.R.C.P.
41(a)(1)(A)(ii)

**IT IS SO STIPULATED**

Date:   3/5/14

LAW OFFICES OF EUGENE B. CHITTOCK

*/s/ Eugene B. Chittock*

_____

Eugene B. Chittock
Attorney for Plaintiff

Date: 3/6/14

ANGELO, KILDAY & KILDUFF, LLP.

*/s/ Amie McTavish*

_____

Amie McTavish
Attorney for Defendants

## ORDER

IT IS HEREBY ORDERED, based on the parties' stipulation, the Court DISMISSES without prejudice this entire action and all claims and directs the Clerk to CLOSE this action.

**IT IS SO ORDERED.**

**Dated:  March 12, 2014**

_____

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)